AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Andre Laws | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:13-cv-1309-RBH-SVH |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: <u>The decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings.</u>

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ <u>Decided by the Honorable R. Bryan Harwell, United States District Judge, who adopted the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge; reversing the Commissioner's decision and remanding the matter for further administrative proceedings.</u>

Date:  July 30, 2014

*CLERK OF COURT*

s/Caitlin M. Williams

*Signature of Clerk or Deputy Clerk*